**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DELORES BENNEFIELD and DELORES WALKER**<br>Plaintiffs,<br><br>vs.<br><br>**PROFESSIONAL RECOVERY SERVICES, INC., a/k/a PRS**<br>Defendant, | Case Number: 10-00167 |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiffs, Delores Bennefield and Delores Walker, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.


BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800